# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140293(56)

JOSETTE TUCKER, Personal Representative
of the Estate of Jeanette Collins
        Plaintiff-Appellee/
        Cross-Appellant,

v

CAPITAL AREA TRANSPORTATION
AUTHORITY a/k/a CATA,
        Defendant-Appellant/
        Cross-Appellee,

and

JERRY SLEAR and CITY OF LANSING
        Defendants.
_____/

SC: 140293
COA: 288367
Ingham CC: 07-001362-NI

On order of the Court, the motion for reconsideration of this Court's June 11, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CORRIGAN, J., would grant reconsideration and, on reconsideration, would grant leave to appeal for the reasons set forth in her dissenting statement in this case, 486 Mich 974 (2010).

DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

_____
Clerk

d1115